CO-386-online
10/03

# United States District Court
# For the District of Columbia

Shaneta Griffin                     )
                                    )
                                    )
                                    )
           vs         Plaintiff     )     Civil Action No._____
                                    )
Coastal International Security, Inc. )
                                    )
                                    )
                      Defendant     )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Defendant_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Coastal International Security, Inc.__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ John T. Remy_
Signature

461244
BAR IDENTIFICATION NO.

John M. Remy  JACKSON LEWIS LLP
Print Name

8614 Westwood Center Dr. Ste 950
Address

Vienna        Virginia        22182
City          State           Zip Code

(703) 821-2189
Phone Number