IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANETA GRIFFIN )<br>  Plaintiff, )<br> )<br>vs. )<br> )<br>COASTAL INTERNATIONAL, )<br>  SECURITY, INC. )<br> )<br>  Defendant. ) | Case No.: 06-2246<br>Judge C. Kollar-Kotelly |

## MOTION TO REMAND

COMES NOW, the Plaintiff, Shaneta Griffin, by and through Counsel, Christian, Ashin & Brown, P.C., and Jeffery G. Ashin, and hereby moves this Honorable Court remand the above-captioned matter to the Superior Court for the District of Columbia pursuant to 28 U.S.C. §1332 and fore reasons therefore states as follows:

1. That the foregoing Complaint was initially filed in the Superior Court for the District of Columbia with an Addendum in excess of Seventy Five Thousand Dollars.

2. That based upon the Addendum, Defendant filed a removal action to the U.S. District Court for the District of Columbia citing diversity and an amount in controversy in excess of Seventy Five Thousand Dollars ($75,000.00).

3. That Plaintiff has filed, concomittantly herewith, a Motion to Amend the Complaint reducing the Addendum clause to Twenty Five Thousand Dollars ($25,000.00) compensatory damages, including back pay, and Forty Nine Thousand Dollars ($49,000.00) punitive damages .

4. That the amount in controversy is now less than Seventy Five Thousand Dollars ($75,000.00) and this Court pursuant to 28 U.S.C. §1332 may remand the same to the Superior

Court of the District of Columbia.

WHEREFORE, Plaintiff prays this Honorable Court remand the above-captioned matter to the Superior Court for the District of Columbia.

>                              CHRISTIAN, ASHIN & BROWN, P.C.
>
>
>                              Jeffery G. Ashin /S/
>                              Jeffery G. Ashin
>                              Attorney for Plaintiff
>                              7305 Baltimore Ave., Suite 305
>                              College Park, MD  20740
>                              (301) 277-9171

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of March, 2007, a copy of the foregoing Motion to Remand was mailed, first class, postage prepaid to:

John M. Remy, Esq.
Jackson Lewis, LLP
8614 Westwood Center Drive, Suite 250
Vienna, VA 22182

>                              Jeffery G. Ashin /S/
>                              Jeffery G. Ashin
>                              Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANETA GRIFFIN )<br>　　　　Plaintiff, )<br> )<br>vs. )<br> )<br>COASTAL INTERNATIONAL, )<br>　SECURITY, INC. )<br> )<br>　　　　Defendant. ) | Case No.: 06-2246<br>Judge C. Kollar-Kotelly |

**MEMORANDUM OF POINTS & AUTHORITIES**

IN SUPPORT of Plaintiff's Motion, the Plaintiff sites the following:

1.　28 U.S.C. §1332.

2.　28 U.S.C. §1441.

3.　The attached Amended Complaint.

　　　　　　　　　　　　　　　　CHRISTIAN, ASHIN & BROWN, P.C.


　　　　　　　　　　　　　　　　Jeffery G. Ashin   /S/
　　　　　　　　　　　　　　　　Jeffery G. Ashin
　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　7305 Baltimore Ave., Suite 305
　　　　　　　　　　　　　　　　College Park, MD   20740
　　　　　　　　　　　　　　　　(301) 277-9171


*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that on this 16th day of March, 2007, a copy of the foregoing Memorandum of Points & Authorities was mailed, first class, postage prepaid to:

John M. Remy, Esq.
Jackson Lewis, LLP
8614 Westwood Center Drive, Suite 250
Vienna, VA 22182

Jeffery G. Ashin /S/
Jeffery G. Ashin
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANETA GRIFFIN | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 06-2246 |
| | ) Judge C. Kollar-Kotelly |
| COASTAL INTERNATIONAL, | ) |
|   SECURITY, INC. | ) |
| | ) |
|       Defendant. | ) |

**ORDER**

_____UPON CONSIDERATION, of the Plaintiff's Motion to Remand filed herewith, and it appearing good cause having been shown, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia, hereby;

ORDERED, that the above-captioned matter, be and hereby is remanded to the Superior Court for the District of Columbia.

_____
JUDGE - C. KOLLAR-KOTELLY

cc:    Jeffery G. Ashin, Esq.
       Christian & Ashin, P.A.
       7305 Baltimore Ave., Suite 305
       College Park, MD 20740

       John M. Remy, Esq.
       Jackson Lewis, LLP
       8614 Westwood Center Drive, Suite 250
       Vienna, VA 22182