UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANETA GRIFFIN )<br><br>Plaintiff, )<br>)<br>v. )<br>) Case No. 1:06cv02246 (CKK)<br>COASTAL INTERNATIONAL )<br>SECURITY, INC. )<br>)<br>Defendant. )<br>) | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S

MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Defendant Coastal International Security, Inc. hereby notifies the Court that it does not oppose plaintiff's motion for leave to file an amended complaint.

Respectfully submitted,

JACKSON LEWIS LLP

March 30, 2007

By: /s/ John M. Remy
John M. Remy (D.C. Bar No.461244)
8614 Westwood Center Drive; Suite 250
Vienna, Virginia 22182
Direct Dial: (703) 821-2189
Fax: (703) 821-2267
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on March 30, 2007 copy of the foregoing *Defendant's Response to Plaintiff's Motion for Leave to File Amended Complaint* was mailed, first-class mail, postage prepaid, to:

>Alan R. Fawcett
>Christian, Ashin, & Brown, P.C.
>7305 Baltimore Avenue
>Suite 305
>College Park, Maryland 20740
>*Counsel for Plaintiff*

  /s/ John M. Remy