UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANETA GRIFFIN,<br><br>    Plaintiff,<br><br>        v.<br><br>COASTAL INTERNATIONAL SECURITY, INC.,<br><br>    Defendant. | Civil Action No. 06-2246 (CKK) |

**ORDER**
(June 4, 2007)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 4th day of June, 2007, hereby

**ORDERED** that Plaintiff's [7] Motion for Leave to File Amended Complaint is GRANTED; it is further

**ORDERED** that Plaintiff's [8] Motion to Remand this case to Superior Court is DENIED.

**SO ORDERED.**

                                         */s/*
                              COLLEEN KOLLAR-KOTELLY
                              United States District Judge