IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANETTA GRIFFIN　　Plaintiff, | ) )  ) |
| vs. | ) Case No.: 06-2246 ) Judge C. Kollar-Kotelly |
| COASTAL INTERNATIONAL, SECURITY, INC.　　Defendant. | ) ) ) ) |

### SUBSTITUTION OF COUNSEL

Mr./Madam Clerk:

　　Please substitute Alan R. Fawcett as attorney for the Plaintiff in this matter in the place of Jeffery G. Ashin.

　　　　　　　　　　　　　　　　　　　　CHRISTIAN, ASHIN & BROWN, P.C.

　　　　　　　　　　　　　　　　　　　　*/s/ Alan R. Fawcett*
　　　　　　　　　　　　　　　　　　　　Alan R. Fawcett 493509
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　7305 Baltimore Ave., Suite 305
　　　　　　　　　　　　　　　　　　　　College Park, MD 20740
　　　　　　　　　　　　　　　　　　　　(301) 277-9171

### CERTIFICATE OF SERVICE

　　I HEREBY CERTIFY that on this *20th* day of *June*, 2007, a copy of the foregoing Line Entering Appearance were mailed first-class, postage prepaid to:

　　John M. Remy, Esq.
　　Jackson Lewis, LLP
　　8614 Westwood Center Drive, Suite 250
　　Vienna VA 22182

　　　　　　　　　　　　　　　　　　　　*/s/ Alan R. Fawcett*
　　　　　　　　　　　　　　　　　　　　Alan R. Fawcett 493509
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff