UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANETA GRIFFIN             ) | |
|             Plaintiff,     ) | |
| v.                                     ) | Case No. 1:06cv02246 (CKK) |
| COASTAL INTERNATIONAL     ) | |
| SECURITY, INC.                 ) | |
|             Defendant. ) | |

### JOINT MOTION TO ENTER SCHEDULING ORDER

Plaintiff Shaneta Griffin and Defendant Coastal International Security, Inc. hereby move the Court to enter the attached scheduling order. Originally, the parties submitted a local rule 16.3 report with a proposed scheduling order. At the initial scheduling conference, plaintiff's counsel alerted the Court of his intent to file a motion for leave to amend the complaint and remand the case to Superior Court. At that time, the Court stated it would not enter a scheduling order pending the resolution of the remand issue.

On June 4, 2007, the Court granted the motion for leave to file the amended complaint but denied the motion for remand. Although no scheduling order has been entered, the parties have begun written discovery.

The parties propose the following schedule for this case:

Discovery cutoff: October 31, 2007

Plaintiff's expert disclosures: August 15, 2007

Defendant's expert disclosures: October 1, 2007

Dispositive Motions deadline: November 30, 2007.

Pretrial conference: To be set by the Court

Trial date: To be set at the pretrial conference.

The parties agree to limit the number of interrogatories to 25 per side and depositions to 5 per side, excluding any expert depositions. The parties will also contact the Court after a period of discovery to request referral to a Magistrate Judge for mediation if the parties believe such referral would be helpful.

Accordingly, the parties hereby move the Court to enter the attached proposed Scheduling Order.

                                                 Respectfully submitted,

                                                 **JACKSON LEWIS LLP**

July 3, 2007                                    By: /s/ John M. Remy
                                                John M. Remy (D.C. Bar No.461244)
                                                8614 Westwood Center Drive; Suite 250
                                                Vienna, Virginia 22182
                                                Direct Dial: (703) 821-2189
                                                *Counsel for Defendant*

                                                and

                                                **CHRISTIAN, ASHIN, & BROWN, P.C.**

                                                By: /s/ Alan R. Fawcett
                                                Alan R. Fawcett
                                                7305 Baltimore Avenue
                                                Suite 305
                                                College Park, Maryland 20740
                                                (301) 977-2171
                                                *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANETA GRIFFIN </br></br> Plaintiff, </br></br> v. </br></br> COASTAL INTERNATIONAL SECURITY, INC. </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. 1:06cv02246 (CKK) </br> ) </br> ) </br> ) </br> ) </br> ) |

## SCHEDULING ORDER

The Court hereby enters the following schedule in this matter:

Discovery cutoff: October 31, 2007

Plaintiff's expert disclosures: August 15, 2007

Defendant's expert disclosures: October 1, 2007

Dispositive Motions deadline: November 30, 2007.

Pretrial conference: To be set by the Court

Trial date: To be set at the pretrial conference.

Interrogatories shall be limited to 25 per party and depositions shall be limited to 5 per party, excluding any expert depositions.

IT IS SO ORDERED, this _____ day of July, 2007.

_____
United States District Court Judge