# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHANETA GRIFFIN**<br>**14251 Wilderness Lane, #1**<br>**Dale City, VA 22193**<br><br>    **Plaintiff,**<br><br>  -against-<br><br>**COASTAL INTERNATIONAL**<br>**SECURITY INC.**<br>**1197 Spring Avenue, Suite B**<br>**Surfside Beach, SC 29575**<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)  **CIVIL ACTION No. 06-2246**<br>)     **(CKK)**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AMENDED REPORT OF LOCAL RULE 16.3 CONFERENCE

  Plaintiff Shaneta Griffin and Defendant Coastal International Security, Inc. hereby submit, pursuant to the local rules of this Court, this amended Rule 16.3 report. A proposed Scheduling Order incorporating the parties' report is attached.

  Originally, the parties timely submitted a local rule 16.3 report on February 15, 2007. At the initial scheduling conference, plaintiff's counsel alerted the Court of his intent to file a motion for leave to amend the complaint and remand the case to Superior Court. At that time, the Court stated it would not enter a scheduling order pending the resolution of the remand issue.

  On June 4, 2007, the Court granted the motion for leave to file the amended complaint but denied the motion for remand. On July 3, 2007, the parties submitted a Joint Motion to Enter Scheduling Order outlining agreed upon discovery deadlines now proposed in this amended Rule 16.3 report. Although no scheduling order has been entered, the parties have begun written

discovery.

## I.  STATEMENT OF THE CASE

Plaintiff was employed by Defendant, Coastal International Security, Inc., until her alleged termination in November 2005.  Plaintiff alleges pregnancy and gender discrimination in violation of the D.C. Human Rights Act, pursuant to D.C. Code §2-1401 *et. seq.*  Plaintiff also alleges common law claims for intentional infliction of emotional distress, negligent infliction of emotional distress, negligent hiring, and negligent retention and supervision.  Defendant denies any unlawful or discriminatory conduct and maintains that all actions were taken for legitimate business reasons and other lawful purposes.

## II.  RULE 16.3 REPORT

1. <u>Status of Dispositive Motions</u>:  Plaintiff does not believe that this action may be resolved by dispositive motion following discovery.  Defendant believes this action should be resolved by dispositive motion and plans to file such a motion after the close of discovery.

2. <u>Amended Pleadings</u>:  The parties do not at this time anticipate that it will be necessary to join third parties or amend the pleadings.

3. <u>Assignment to Magistrate Judge</u>: The parties do not consent to assignment of a magistrate judge for trial.

4. <u>Settlement Possibility</u>:  The parties believe mediation may be helpful, but only after a period of discovery.

5. <u>Alternative Dispute Procedures</u>:  The parties request referral to a magistrate by the Court for purposes of mediation after a period of discovery.

6. <u>Dispositive Motions</u>: The parties believe that any dispositive motion should be filed within 30 days of the close of discovery, that any opposition to that motion should be filed within 30 days of the filing of the motion, and that any reply should be filed within 20 days of the filing of the opposition.

7. <u>Initial Disclosures</u>: The parties already provided initial disclosures as required by Fed. R. Civ. P. 26(a)(1), on or within 10 days of the March 9, 2007 scheduling conference.

8. <u>Discovery</u>. The parties request a discovery cut off of October 31, 2007. The parties believe they should limit the number of interrogatories to 25 per side. The parties agree to limit the number of depositions to 5 per side.

9. <u>Experts</u>: The parties agree that the requirements of Fed. R. Civ. P. 26(a)(2) should not be modified. Plaintiff agrees to name her experts and provide Expert Report(s) by August 15, 2007, and Defendant agrees to name its experts and provide Expert Report(s) by October 1, 2007.

10. <u>Class Action Procedures</u>: Not applicable.

11. <u>Bifurcation of Discovery or Trial</u>: The parties do not believe that bifurcation of this matter is necessary.

12. <u>Proposed Date for the Pretrial Conference</u>: The parties believe that a pretrial conference should be scheduled upon such time as provided under the Federal Rules of Civil Procedure and the local rules of this Court.

13. <u>Trial Date</u>: The parties agree that, if necessary, a trial date should be set at the pretrial conference.

The parties hereby certify that all items required to be discussed by Rule 26(f) and LCvR 16.3(c) were addressed.

Respectfully submitted,

August 3, 2007                    ___/s/ Alan Fawcett_____
                                 Alan Fawcett
                                 CHRISTIAN, ASHIN & BROWN, P.C.
                                 7305 Baltimore Ave., Suite 305
                                 College Park, MD  20740
                                 (301) 277-9171
                                 Counsel for Plaintiff


                                 ___/s/____John M. Remy_____
                                 John M. Remy
                                 JACKSON LEWIS LLP
                                 8614 Westwood Center Drive
                                 Suite 950
                                 Vienna, VA 22182
                                 (703) 821-2189
                                 Fax: (703) 821-2267
                                 Email: remyj@jacksonlewis.com
                                 Counsel for Defendant

## UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHANETA GRIFFIN**<br>**14251 Wilderness Lane, #1**<br>**Dale City, VA 22193** | )<br>)<br>) |
| **Plaintiff,** | )<br>)<br>) |
| **-against-** | ) **CIVIL ACTION No. 06-2246**<br>) **(CKK)** |
| **COASTAL INTERNATIONAL**<br>**SECURITY INC.**<br>**1197 Spring Avenue, Suite B**<br>**Surfside Beach, SC  29575** | )<br>)<br>)<br>)<br>) |
| **Defendant.** | )<br>)<br>)<br>) |

## SCHEDULING ORDER

UPON CONSIDERATION of the Report of Local Rule 16.3 Conference and the entire

record herein, it this _____ day of _____, 2007 hereby

ORDERED that discovery shall be completed on or before October 31, 2007, and it is

further;

ORDERED that any dispositive motions shall be filed no later than 30 days after the

close of discovery, any opposition thereto shall be filed no later than 30 days following the filing

of the dispositive motion; and any reply shall be filed no later than 20 days following the filing

of the opposition; and it is further

ORDERED that expert witness reports shall be exchanged in accordance with Fed. R.

Civ. P. 26(a)(2). Plaintiff will name experts and provide her reports by August 15, 2007. The

Defendant will name experts and provide its reports by October 1, 2007.


Date_____          _____

                                        U.S. District Judge Kollar-Kotelly