UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANETA GRIFFIN )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>) Case No. 1:06cv02246 (CKK)<br>COASTAL INTERNATIONAL )<br>SECURITY, INC. )<br>)<br>  Defendant. )<br>) | |

## STIPULATION OF DISMISSAL

Plaintiff Shaneta Griffin and Defendant Coastal International Security, Inc. hereby notify the Court that this matter has been settled finally and completely. Accordingly, the parties hereby stipulate that this matter should be dismissed with prejudice.

Respectfully submitted,

**JACKSON LEWIS LLP**

December 28, 2007

By: /s/ John M. Remy
John M. Remy (D.C. Bar No.461244)
8614 Westwood Center Drive; Suite 250
Vienna, Virginia 22182
Direct Dial: (703) 821-2189
*Counsel for Defendant*

and

**CHRISTIAN, ASHIN, & BROWN, P.C.**

By: /s/ Alan R. Fawcett
Alan R. Fawcett
7305 Baltimore Avenue
Suite 305
College Park, Maryland 20740
(301) 977-2171
*Counsel for Plaintiff*

2